UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-1952
_____

UNITED STATES OF AMERICA

v.

ALFREDO GASCA-CHAVEZ,
also known as
ALFREDO NAVARRO

Alfredo Gasca-Chavez,
                                        Appellant

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2-10-cr-00394-001)
District Judge:  Honorable Lawrence F. Stengel
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
May 15, 2012

Before:  SMITH, FISHER and GARTH, *Circuit Judges*.

(Filed: May 17, 2012)
_____

JUDGMENT ORDER
_____

Alfredo Gasca-Chavez appeals his judgment of conviction and sentence on the

basis that 18 U.S.C. § 922(g)(5) is unconstitutional on its face and/or as applied to the

facts of this case.  Gasca-Chavez concedes that his argument is foreclosed by binding

Third Circuit precedent, and he raises the issue on appeal solely to preserve it for Supreme Court review.

The judgment of the U.S. District Court for the Eastern District of Pennsylvania entered April 1, 2011, is hereby affirmed.

By the Court,

*/s/ D. Michael Fisher*
Circuit Judge

Dated: May 17, 2012

ATTEST:

/s/Marcia M. Waldron,
Clerk

2